FILED
LODGED
ENTERED
RECEIVED

AUG 16 2001

CLERK U.S. DISTRICT COURT
AT SEATTLE
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHURGARD STORAGE,

Plaintiff(s),

vs.

SAFEGUARD SELF STORAGE,

Defendant(s).

NO.  C00-1071Z

ORDER OF DISMISSAL

Counsel having notified the court of the settlement of this matter and it appearing that no issue remains for the court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of this date.

IT IS SO ORDERED.

The clerk of this Court is directed to send uncertified copies of this order to all counsel of record.

DATED this 16th day of August, 2001.

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL